# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF: )
) **General Order No. 22-05**
ADOPTION OF SEVENTH CIRCUIT'S )
EMPLOYMENT DISPUTE RESOLUTION )
PLAN )

## ORDER

**IT IS HEREBY ORDERED** that this Court adopts the Seventh Circuit's Employment Dispute Resolution Plan ("Plan"). Said Plan replaces the Central District of Illinois' Policy on Equal Employment Opportunity, Discrimination, Harassment, and Employment Dispute Resolution dated November 13, 2020.

Sara Darrow
Chief United States District Judge

ENTERED this 13th day of September 2022.